IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA LEON | : | CIVIL ACTION |
| v. | : | |
| CVS PHARMACY, INC. et al | : | NO. 24-cv-2301 |

## MOTION AND ORDER

AND NOW, this 10th day of January 2025, the Court having received an email request from all parties to request for a conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE