

Marc I. Simon, Esquire ♦
Michelle Skalsky-Simon, Esquire (Retired)
Matthew J. Zamites, Esquire ~
Brian F. George, Esquire ♦♦
Michael K. Simon, Esquire ~
Mary G. McCarthy, Esquire ~
Adam Holtman, Esquire ++
Joshua D. Baer, Esquire ~
Amanda Nese, Esquire ~
Ashley Henkle, Esquire ~
Brittany Sturges, Esquire ~
Daniel Ward, Esquire ♦
Carleigh Baldwin, Esquire++
Roman Galas, Esquire ♦
Ryan Flaherty, Esquire ~
Samuel Gangemi, Esquire~
Paraskevoula Mamounas, Esquire +++
Nicola Serianni, Esquire ♦

Kane Daly, Esquire ~
Anthony Canale, Esquire ♦
Richard Santosusso, Esquire ♦
Harry Gosnear, Esquire ♦
Christopher Green, Esquire ♦
Abigail Boyd, Esquire~
Andrew Baron, Esquire~
Charles Williams, Esquire ♦
Christopher Burruezo, Esquire ♦
Adam Sorce, Esquire ~
Sam Reznik, Esquire ~
Mackenzie Bince, Esquire++
Christopher Boyle, Esquire ♦
Katherine Rice, Esquire~
Rachel Rosenfeld, Esquire ♦
Nicole Hatton, Esquire ♦
Lauren Steins, Esquire ♦

**Headquarters**

18 Campus Blvd | Suite 100
Newtown Square, PA 19073
Tel: (215) 467-4666 | Fax: (267) 639-9006

~ Licensed in PA
♦ Licensed to practice in PA & NJ
♦♦ Licensed to practice in PA & MA
+ Licensed to practice in NJ
++ Licensed to practice in MA
+++ Licensed to practice in PA, NY & NJ

marcsimon@gosimon.com
www.gosimon.com

April 24, 2025

*Via Electronic Filing Only*
The Honorable Karen S. Marston

16613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**   *LEON v. CVS PHARMACY, INC. et al*
             <u>Civil Docket # 2:24-cv-02301-KSM</u>

Judge Marston,

    As you are aware, I represent the Plaintiff, Linda Leon, in the above-referenced matter. Please be advised that the parties have come to a resolution in this matter. Therefore, I am respectfully requesting that Your Honor enter an Order of Dismissal at your earliest convenience.

    Thank you for your attention to this matter.

                                                Sincerely,

                                                RACHEL MANDELL, ESQ

cc: All Counsel of Record

ADDITIONAL OFFICES
PHILADELPHIA |2 Logan Square | Suite 300 | Philadelphia, PA 19103 | Tel: (215) 467-4666
CAMDEN |401 Market Street | PO Box 807 | Camden, NJ 08101 | Tel: (856) 457-6393
PITTSBURGH | 301 Grant St Suite 270 | Pittsburgh, PA 15219 | Tel: (412) 360-7257
ERIE | 1001 State Street | Suite 1400 | Erie, PA 16501 | Tel: (814) 240-5190
BOSTON | 100 Cambridge St | 14th Floor | Boston, MA 02114 | Tel: (857) 233-0559